THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADISON HOUSE, LTD., d/b/a Madison House Ltd. Sotheby's International Realty, a Washington corporation, and ALBERT and KATHRYN HUGHES, a married couple;<br><br>Plaintiffs,<br><br>v.<br><br>SOTHEBY'S INTERNATIONAL REALTY AFFILIATES, INC., a Delaware corporation; CENDANT REAL ESTATE SERVICES GROUP, INC., a Delaware corporation; and CENDANT CORPORATION, a Delaware corporation,<br><br>Defendants. | NO. 06-1054-MJP<br><br>STIPULATION AND ORDER TO:<br><br>(1) VACATE STATE COURT ORDER OF DEFAULT AND DEFAULT JUDGMENT, AND<br><br>(2) STRIKE PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT |

## **STIPULATION**

The parties, through their undersigned counsel, hereby stipulate to the following:

(1) The parties stipulate that the Order of Default and Default Judgment entered by the King County Superior Court of Washington on July 28, 2006 may be vacated, and further agree that they will jointly file a stipulation with the King County Superior Court vacating that Order of Default and Default Judgment.

(2) Plaintiffs strike their Motion to Remand Action to State Court under 28 U.S.C. § 1447(c), which was noted for September 15, 2006.

STIPULATION AND ORDER - 1
//.0

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4461
TEL. 206.682.5600 • FAX 206.682.2992

Dockets.Justia.com

1 | DATED this 8th day of September, 2006.

2 | TOUSLEY BRAIN STEPHENS PLLC          SUSSMAN SHANK LLP

3

4

5 | By: /s/ *Chase Alvord*                By: /s/ *John Schwimmer**
   | Chase C. Alvord, WSBA #26080          John A. Schwimmer, WSBA #36558
   | Attorneys for Plaintiffs              Attorneys for Defendants *via email authorization

6

7

8 | **ORDER**

9 | Upon the foregoing stipulation, it is ORDERED, without costs to either party, that:

10 | (1) The Order of Default and Default Judgment entered on July 28, 2006 by the King

11 | County Superior Court of Washington against Defendant Sotheby's International Real Estate

12 | Affiliates is hereby VACATED;

13 | (2) The King County Superior Court shall enter a corresponding order on its docket

14 | vacating the Order of Default and Default Judgment; and

15 | (3) Plaintiffs' Motion to Remand to State Court noted for September 15, 2006 is

16 | STRICKEN.

17 | DATED: September _25_, 2006

18

19 | __/s Marsha J. Pechman_____
   | MARSHA J. PECHMAN
20 | United States District Judge

21

22

23

24

25

26

STIPULATION AND ORDER - 2

//.0