1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

MADISON HOUSE, LTD., et al.

5

Plaintiff(s),

NO. C06-1054P

6

v.

7

SOTHEBY'S INTERNATIONAL REALTY
AFFILIATES, INC., et al.,

ORDER ON MOTION FOR
RECONSIDERATION

8

Defendant(s).

9

10

The above-entitled Court, having received and reviewed Plaintiff's Motion for Reconsideration

11

of Court's Order to Dismiss (Dkt. No. 30), and all exhibits and declarations attached thereto, makes

12

the following ruling:

13

IT IS HEREBY ORDERED that the motion is DENIED.

14

15

The clerk is directed to provide copies of this order to all counsel of record.

16

Dated:  March 7, 2007

17

18

_____
Marsha J. Pechman
U.S. District Judge

19

20

21

22

23

24

25

26

**ORD ON - 1**